IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CLAIR,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, CENOVIA WILLIAMS, and DAVID ORTIZ<br><br>  Defendants.<br>_____/ | No. C 12-00844 WHA<br><br>**ORDER RESCHEDULING HEARING** |

Defendants State Farm Mutual Automobile Insurance Company, Cenovia Williams, and David Ortiz noticed their motion to dismiss for Friday, April 27, 2012 at 2 p.m. Civil calendar is not held on Friday. The motion hearing is hereby rescheduled to **THURSDAY, MAY 3, 2012 AT 2 P.M.**

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE