IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RENE CLAIR,

    Plaintiff,

  v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, CENOVIA WILLIAMS, DAVID ORTIZ, and DOES 1-30,

    Defendants.

No. C 12-00844 WHA

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS AND VACATING HEARING**

On February 28, 2012, defendants State Farm Mutual Automobile Insurance Company, Cenovia Williams, and David Ortiz, moved to drop and dismiss defendants Cenovia Williams and David Ortiz as improperly named sham defendants. This action was reassigned to the undersigned judge on February 28. Defendant renoticed its motion on March 22, 2012. Plaintiff Rene Clair timely filed a notice of non-opposition to defendants' motion to dismiss. The motion to dismiss is **GRANTED**. The hearing set for May 3, 2012, is **VACATED**.

**IT IS SO ORDERED.**

Dated: April 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE