IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CLAIR,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, CENOVIA WILLIAMS, DAVID ORTIZ, and DOES 1 through 30,<br><br>    Defendants.<br>                                                            / | No. C 12-00844 WHA<br><br><br>**ORDER ADVANCING CASE MANAGEMENT CONFERENCE** |

Due to plaintiff's unavailability, the case management conference will be **ADVANCED** to **APRIL 26, 2012, AT 3:00 P.M.**  Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: April 18, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\WHAALL\2012Civ\12-00844 Clair\OrderAdvancingCMC.wpd