IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CLAIR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　 / | No. C 12-00844 WHA<br><br>**ORDER DENYING REQUEST TO VACATE THE ORDER SETTING EARLY NEUTRAL EVALUATION** |

　　　The parties have filed a stipulation and proposed order to vacate the order setting early neutral evaluation and request that the matter be referred to mediation instead. No reason is given in support of this request. The request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 7, 2012.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE